# United States Court of Appeals
# for the Federal Circuit

———————————

February 11, 2016

**ERRATA**

———————————

Appeal No. 2014-1203

**IN RE SIMON SHIAO TAM**

Decided: December 22, 2015
Precedential Opinion

———————————

Please make the following changes:

Page 6, lines 18–19, delete "prevent 'cybersquatters' from misappropriating his domain name, 15 U.S.C. § 1125(d)".

Page 34, line 37 to page 35, line 2, delete "It cannot prevent 'cybersquatters' from misappropriating the mark in a domain name. *Id.* § 1125(d)."